```
NANCY CURRY
CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017
Tel: (213)689-3014  FAX (213)689-3055
```

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **CHAPTER 13** |
| | ) |
| | ) **CASE NO. LA 2:10-bk-36575-VZ** |
| PORTILLO, DIANNA GARCIA | ) |
| | ) **NOTICE OF INTENT TO FILE TRUSTEE'S** |
| | ) **FINAL REPORT AND ACCOUNT, OBTAIN** |
| | ) **DISCHARGE OF CHAPTER 13 TRUSTEE AND** |
| Debtor | ) **CLOSE CASE** |

**TO: THE ABOVE-NAMED DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:**

  NOTICE IS HEREBY GIVEN that Chapter 13 Trustee in the above-captioned case, whose name and address is set forth in the upper left-hand portion of this Notice, has filed a Final Report and Account, a copy of which is enclosed; and

  NOTICE IS HEREBY GIVEN that any party objecting to the Final Report and Account may file and serve a written objection and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice; the Court will discharge the Chapter 13 Trustee and close the case (see 11 U.S.C. §350(a) and Rule 5009, F.R.B.P.); and

  NOTICE IS FURTHER GIVEN that objections, if any, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the debtor(s) and the debtor(s) attorney, if any, and upon the Office of the United States Trustee.

Executed on February 4, 2015          /S/ Nancy Curry

Main Document    Page 2 of 7

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: PORTILLO, DIANNA GARCIA § Case No. 2:10-bk-36575-VZ
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Curry, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/29/2010.

2) The plan was confirmed on 12/13/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/24/2012.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 02/23/2012, 10/10/2014.

5) The case was converted on 11/19/2014.

6) Number of months from filing or conversion to last payment: 43.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 11,990.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 11,990.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,325.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 640.30 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,965.30 |
| Attorney fees paid and disclosed by debtor(s): | $ 700.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT | Sec | 13,355.47 | 13,957.55 | 13,957.55 | 5,824.54 | 2,200.16 |
| AMERICAN INFOSOURCE LP | Uns | 0.00 | 276.13 | 276.13 | 0.00 | 0.00 |
| MERRICK BANK | Uns | 1,010.00 | 1,010.78 | 1,010.78 | 0.00 | 0.00 |
| SOUTHERN CALIFORNIA EDISON | Uns | 29.00 | 21.81 | 21.81 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,257.00 | 1,256.75 | 1,256.75 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 2,363.00 | 4,869.30 | 4,869.30 | 0.00 | 0.00 |
| VANDA, LLC | Uns | 829.00 | 837.84 | 837.84 | 0.00 | 0.00 |
| VANDA, LLC | Uns | 1,153.00 | 1,153.53 | 1,153.53 | 0.00 | 0.00 |
| APPLIEDBANK | Uns | 2,012.00 | 2,012.28 | 2,012.28 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 107.00 | 107.58 | 107.58 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 394.00 | 396.38 | 396.38 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 562.00 | 561.52 | 561.52 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,881.00 | 1,914.26 | 1,914.26 | 0.00 | 0.00 |
| AFNI | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| AIS SERVICES | Uns | 832.00 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Uns | 585.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICE | Uns | 1,059.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICE | Uns | 756.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASH CENTRAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CASH TRANSFER CENTERS | Uns | 826.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER COLLECTIONS, INC. | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 976.00 | NA | NA | 0.00 | 0.00 |
| RGR FINANCIAL, LLC | Uns | 295.48 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVICES | Uns | 977.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Uns | 13,355.00 | NA | NA | 0.00 | 0.00 |
| NIX CHECK CASHING 12 | Uns | 443.90 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE MANAGEMENT | Uns | 63.90 | NA | NA | 0.00 | 0.00 |
| TYSON TAKEUCHI | Lgl | 4,025.00 | 4,025.00 | 4,025.00 | 3,325.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,957.55 | $ 5,824.54 | $ 2,200.16 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,957.55 | $ 5,824.54 | $ 2,200.16 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 14,418.16 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 3,965.30 |
| Disbursements to Creditors | $ 8,024.70 |
| **TOTAL DISBURSEMENTS:** | $ 11,990.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.


Date: 02/04/2015          By: /s Nancy Curry
                                             Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

# PROOF OF SERVICE OF DOCUMENT

In Re:   PORTILLO, DIANNA GARCIA
         Case No. LA 2:10-bk-36575-VZ

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

>   NANCY CURRY, CHAPTER 13 TRUSTEE
>   1000 WILSHIRE BLVD., SUITE 870
>   LOS ANGELES, CA  90017

The foregoing document described as **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT , OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On February 4, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On February 4, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
PORTILLO, DIANNA GARCIA
11736 PARKMEAD ST.
SANTA FE SPRINGS, CA 90670-3654

Attorney for Debtor
TYSON TAKEUCHI
LAW OFFICES OF TYSON TAKEUCHI
1100 WILSHIRE BLVD. #2606
LOS ANGELES, CA 90017-1916

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on February 4, 2015 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 4, 2015 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |